MARK E. FERRARIO
Nevada Bar No. 1625
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com

TYLER ANDREWS
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
andrewst@gtlaw.com

*Counsel for Defendant Base Magic, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mathew Franco, an individual, and Blue Shorts, Inc., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Base Magic, LLC, a Delaware Limited Liability Company, Base Entertainment, LLC, a Delaware Limited Liability Company, and DOES 1-50,<br><br>Defendants. | Case No.: 2:18-cv-02052-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BASE MAGIC, LLC TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs Mathew Franco, an individual, and Blue Shorts, Inc., a California Corporation, ("**Plaintiffs**") and Defendant Base Magic, LLC, a Delaware Limited Liability Company ("**Base Magic**"), by and through their respective counsel of record, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree to extend the deadline for Base Magic to file its response to the Complaint in this action by two (2) weeks, through and including **December 10, 2018,** and request that the Court enter an order approving the same.

*LA 134124347v1*

Counsel for Base Magic requests additional time to analyze the full scope of the claims made by the Plaintiffs. Counsel for Plaintiffs has agreed to the extension as a professional courtesy.

This is the first stipulation for an extension of time for any of the Defendants to respond to the Complaint.

DATED this 21st day of November, 2018.

**CAMPBELL & WILLIAMS**

*/s/ Colby Williams*
J. COLBY WILLIAMS
NEVADA BAR NO. 5549
PHILIP R. ERWIN
NEVADA BAR NO. 11563
700 S. Seventh Street
Las Vegas, NV 89101

KELLEY DRYE & WARREN, LLP
DAVID E. FINK *(Pro Hac Vice Forthcoming)*
SARA E. DIAMOND *(Pro Hac Vice Forthcoming*
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008

*Counsel for Plaintiffs*

DATED this 21st day of November, 2018.

**GREENBERG TRAURIG, LLP**

*/s/ Mark Ferrario*
MARK E. FERRARIO
Nevada Bar No. 1625
105845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

TYLER ANDREWS
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410

*Counsel for Defendant Base Magic, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 11-26-2018

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2